1012

THE STATE OF WASHINGTON, *Respondent*, v. GORRICHO MANSEL DESUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-00099-2, Laura C. Inveen, J., entered August 30, 2005. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EDWARD KYZAR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00650-6, Gerald L. Knight, J., entered November 18, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Becker, J.

THE STATE OF WASHINGTON, *Respondent*, v. GIAVONNI S. KINSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00782-5, Michael E. Rickert, J., entered February 7, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

KELLY CRUSON, *Respondent*, v. A.A.A.A., INC., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 04-2-06946-7, George T. Mattson, J., entered May 16 and August 30, 2005 and April 19, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Becker, JJ.